United States District Court
Southern District of Texas
**ENTERED**
October 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO MORENO ROSALES, Petitioner, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-5178 |
| | § | |
| WARDEN, MONTGOMERY PROCESSING CENTER, *et al.* | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

Petitioner Jose Alfredo Moreno Rosales filed this petition when detained in the custody of officials with Immigration and Customs Enforcement (ICE). On October 7, 2026, the respondents filed an advisory and presented evidence that an immigration judge granted the petitioner voluntary departure on September 28, 2026, and that the petitioner waived appeal (Dkt. 6). The advisory further stated that officials were facilitating the petitioner's removal in mid-October. The petitioner, who is represented by counsel, has not responded.

The record indicates without contradiction that the petitioner is no longer in the respondents' custody. Therefore the Court **ORDERS** that this habeas action is **DISMISSED as moot.** *See Ctr. for Biological Diversity, Inc. v. BP Am. Prod. Co.*, 704 F.3d 413, 425 (5th Cir. 2013); *Rocky v. King*, 900 F.2d 864, 866 (5th Cir. 1990).

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on ____October 29____, 2026.

George C. Hanks Jr.
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE